UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                         No.  23 CR 130-LTS

SAEED KAID,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter from Mr. Kaid relating to defense representation matters that the Court will file under seal and provide to defense counsel of record, Sarah Sacks, Esq.  Defense counsel is directed to discuss the issues raised in the letter with Mr. Kaid promptly and be prepared to address the issues at the upcoming status conference on March 31, 2023.  Any application from the Defendant for a change of counsel will be heard at the March 31, 2023, conference.

      SO ORDERED.

Dated: New York, New York
       March 23, 2023

                                                                            _/s/ Laura Taylor Swain_
                                                                          LAURA TAYLOR SWAIN
                                                                          Chief United States District Judge