UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No.  23 CR 130-LTS

SAEED KAID,

        Defendant.

-------------------------------------------------------x

## Order

The status conference in this case is scheduled to proceed today, on March 31, 2023, at 2:00p.m. in Courtroom 17C.  The parties' attention is directed to the Court's polices regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       SO ORDERED.

Dated: New York, New York
        March 31, 2023

                                                                          /s/ Laura Taylor Swain___
                                                                       LAURA TAYLOR SWAIN
                                                                       Chief United States District Judge