UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No. 23 CR 130-LTS

SAEED KAID,

        Defendant.

--------------------------------------------------------x

## ORDER

        Sarah Sacks, Esq. is relieved as CJA counsel for the Defendant. Kristen Santillo, Esq. is now appointed as CJA counsel for the Defendant in the above-captioned matter.

        SO ORDERED.

Dated: New York, New York
       March 31, 2023

                                              _/s/ Laura Taylor Swain___
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge