

May 30, 2023

**VIA ECF**
The Honorable Laura Taylor Swain, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

     *Re: United States v.* Saeed Kaid, 23 Cr. 130 (LTS)

Dear Judge Swain:

     The defense writes to request an adjournment of 30 days for the status conference currently scheduled for May 31, 2023 to enable the parties additional time to further discuss a potential resolution and/or whether to proceed with motion practice and setting a trial date. I have conferred with the Government, which has no objection to this request. The defense consents to the exclusion of time until the next status conference.

     Thank you for your consideration.

                                                                           Respectfully submitted,

                                                                           /s/ Kristen M. Santillo

                                                                           Kristen M. Santillo

The foregoing request is granted. The Court hereby schedules the next status conference in this matter for June 28, 2023, at 3:00PM. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through June 28, 2023, outweigh the best interests of the public and the defendant in a speedy trial to allow the parties to continue discussing a potential pretrial disposition and/or whether to proceed with motion practice and setting a trial date. DE no. 22 resolved.
SO ORDERED.
5/30/2023
/s/ Laura Taylor Swain, Chief USDJ

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371