UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                      No. 23-CR-130-LTS

SAEED KAID,

                                                           ORDER

        Defendant.

-------------------------------------------------------x

The Court has received Mr. Kaid's letter dated June 11, 2023. The letter pertains to attorney-client interactions as well as several requests for relief.

Mr. Kaid is represented by Kristen M. Santillo. To the extent that Mr. Kaid is represented by counsel, the Court will not entertain his pro se requests for relief.

The Court will file Mr. Kaid's letter under seal and provide a copy to Ms. Santillo. Ms. Santillo is hereby directed to review the letter and confer with Mr. Kaid in order to determine what actions related to the requests in his letter are appropriate at this time.

      SO ORDERED.

Dated: New York, New York
       June 20, 2023

                                                         /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge