

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2023

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:  *United States v. Saeed Kaid*, 23 Cr. 130 (LTS)

Dear Chief Judge Swain:

The parties respectfully request that the conference in this matter currently scheduled for October 11, 2023 be adjourned for approximately two weeks. The Government also respectfully requests, with the consent of the defendant, that the time between October 11, 2023 and the date of the conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties additional time to discuss the possibility of pretrial resolution of this case.

The foregoing adjournment request is granted. The pretrial conference is hereby adjourned to October 27, 2023, at 10:30 am. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through October 27, 2023, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. DE 32 is resolved.
SO ORDERED.
September 27, 2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/ A. Messiter_____
Alexandra S. Messiter
Assistant United States Attorney
(212) 637-2544

Cc: Kristen Santillo, Esq. (by ECF)