

October 26, 2023

**VIA ECF**
The Honorable Laura Taylor Swain, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street                                           **MEMO ENDORSED**
New York, NY 10007

Re: *United States v.* Saeed Kaid, 23 Cr. 130 (LTS)

Dear Judge Swain:

I write on behalf of defendant Saeed Kaid to request that Mr. Kaid's status conference, which is currently scheduled for October 27, 2023 and which must be rescheduled due to a court emergency, be adjourned. The parties would request that the status conference be adjourned to November 6, 2023 at 3 p.m., when both parties have availability and we understand that the Court is also available. The defense consents to the exclusion of time until the next conference. Thank you for your consideration.

Respectfully submitted,

/s/ Kristen M. Santillo

Kristen M. Santillo

The foregoing adjournment request is granted. The pretrial conference is hereby adjourned to November 6, 2023, at 3:30 p.m. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through November 6, 2023, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE 35 is resolved.
SO ORDERED.
October 26, 2023
/s/ Laura Taylor Swain, Chief USDJ