UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-                                     No. 23 crim 130 (LTS)

SAEED KAID

                      Defendant.

------------------------------------------------------x

## ORDER

      ORDERED that pursuant to sentence of time served imposed today, the defendant Saeed Kaid is discharged from the custody of the U.S. Marshals Service.

      SO ORDERED.

Dated: New York, New York
       November 28, 2023

                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge